In the Matter of FRED C. BEGELSPIKER et al., against METROPOLITAN SAVINGS BANK. SAM FELDMAN (I. MALLIN & Co.).—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM COHEN FABRICS CORPORATION v. EMIGRANT INDUSTRIAL SAVINGS BANK.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SUNSHINE FARMS, INC., v. CITY OF NEW YORK.—

RACHEL R. LEAMAN v. HARRY O'R. SCHELL (Appeals Nos. 1 and 2.)

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NEW YORK TELEPHONE COMPANY v. NEW YORK CITY TUNNEL AUTHORITY.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA H. FRIEDENBERG v. WILLIAM S. EVANS.—

Present — Martin, P. J., Untermyer, Dore and Callahan, JJ.

ABRAHAM FINE v. PENNSYLVANIA RAILROAD COMPANY.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of WILLIAM R. GARDINER, Assignee of CROSSMAN COMPANY v. FLORENCE H. RAUCH. TRAVELERS INSURANCE COMPANY.—

Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MOZES FUSS v. JUDA KRONENGOLD.—

Present — Martin, P. J., Townley, Glennon and Dore, JJ.

DAVIS YARN Co., INC., et al., v. BROOKLYN YARN DYE Co., INC., et al., and SENTINEL FIRE INSURANCE COMPANY et al.—

Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

WILLIAM MCCALL, as Administrator of the Estate of JAMES MCCALL, Deceased, v. BENCHLAND REALTY CORPORATION et al.—

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HAWLEY TURNER v. AMERICAN WEEKLY, INC.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of JOSEPH P. MCLAUGHLIN against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al.—

Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.